IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO VALLADARES-CORDOVA; and F.J.V-R., a minor child, by and through his father and guardian, | § | |
| *Petitioners*, | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-05336-FB |
| WARDEN, Dilley Immigration Processing Center; *et al.*, | § | |
| *Respondents*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the November 4, 2026, Report and Recommendation of United States Magistrate Judge (ECF No. 6) concerning the Petition for Writ of Habeas Corpus ("Petition") (ECF No. 1) filed by Petitioner Jose Fernando Valladares-Cordoba and Petitioner F. J. V-R. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 6) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Petitioner

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Jose Fernando Valladares-Cordoba and Petitioner F. J. V-R's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.

IT IS FINALLY ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE